UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:17-cv-23954

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

    Plaintiff,

vs.

CARNIVAL CORPORATION, a foreign
corporation,

    Defendant.

_____/

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, ANDRES GOMEZ, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), hereby dismisses the above referenced party, without prejudice.

Submitted on this 21 st day of November, 2017.

                                                             */s/ Jessica L. Kerr*_____
                                                             Jessica L. Kerr, Esquire
                                                             Florida Bar No. 92810
                                                             **THE ADVOCACY GROUP**
                                                             333 Las Olas Way,
                                                             Suite CU3-311
                                                             Fort Lauderdale, Florida 33301
                                                            Telephone: (954) 282-1858
                                                            Email: service@advocacypa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November, 2017, a true and correct copy

of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                              Respectfully submitted,

                                                              _/s/ Jessica L. Kerr_
                                                              Jessica L. Kerr, Esq.
                                                              Florida Bar No. 92810